# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES WELLER,
Petitioner,
vs.
NEVADA COMMISSION ON JUDICIAL
DISCIPLINE,
Respondent.

No. 76260

**FILED**

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition asks this court to arrest the Nevada Commission on Judicial Discipline's proceedings against petitioner on the ground that the Commission is acting without or in excess of its jurisdiction based on its alleged violations of petitioner's constitutional right to due process. Without addressing the merits of petitioner's claims, we decline to intervene by extraordinary writ. Doing so would delay the Commission's resolution of this matter, and the issues petitioner raises are better reviewed by this court on direct appeal if Judge Weller is disciplined. *See Jones v. Nev. Comm'n on Judicial Discipline*, 130 Nev. 99, 110, 318 P.3d 1078, 1084 (2014). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-28800

cc: Law Office of David R. Houston
Arrascada & Aramini, Ltd.
Law Offices of Kathleen M. Paustian, Chtd.
Nevada Commission on Judicial Discipline